AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| **Gurbir BUTTAR, Manveer LNU, and** | ) | Case No.    8:26-PO-34 (ML) |
| **Amandeep SINGH,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of April 13, 2026 in the county of Franklin County in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry Without Inspection |

This criminal complaint is based on these facts:
See attached affidavit

☒    Continued on the attached sheet.

_____
*Complainant's signature*

U.S. Border Patrol Agent Clinton L. Joseph
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    April 17, 2026

_____
*Judge's signature*

City and State:    Binghamton, NY

Hon. Miroslav Lovric, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Clinton L. JOSEPH, hereby depose and state under penalty of perjury:

1. I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Massena, NY Station. I have been a BPA for 17 years and have been assigned to the Swanton Sector since 2018. I successfully completed training at the United States Border Patrol Academy in 2008, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2. I submit this affidavit in support of a criminal complaint charging Gurbir BUTTAR, Manveer LNU, and Amandeep SINGH with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

### Probable Cause

3. On April 13, 2026, at approximately 10:00 PM, Border Patrol Agents (BPAs) received notification from Swanton Sector Radio that the Royal Canadian Mounted Police (RCMP) had observed vehicle traffic and three individuals crossing the United States–Canada border from Canada into the United States near Burns Holden Road in Fort Covington, NY. This area is known for frequent illegal alien smuggling activity.

4. Shortly after receiving this information, agents observed a black Hyundai sedan,

bearing New York license plate LER 6359, traveling on Mary Riley Road from State Route 37, initially occupied only by the driver. A short time later, the Hyundai passed an agent in a marked Border Patrol vehicle parked on Burns Holden Road. As it passed, the BPA observed there was now an additional subject in the front passenger seat wearing orange headdress.

5. The vehicle made a left turn and proceeded eastbound on State Route 37. An agent followed the vehicle and activated his emergency equipment to initiate a traffic stop. Upon approaching the vehicle, the BPA observed two additional subjects in the back seat attempting to conceal themselves by bending over. The BPA instructed the driver to turn off the vehicle and hand him the keys. He then asked the driver how he was acquainted with the occupants. The driver stated he had come to pick up a fare.

6. The BPA questioned the driver of the vehicle, identified as Rolando Renardo RATTARY, and the three other passengers as to their citizenship. RATTARY stated that he was a citizen of Jamaca but had a visa. The three passengers were identified as Gurbir BUTTAR, Manveer LNU, and Amandeep SINGH, all citizens and nationals of India, who did not have any documentation allowing them to be lawfully present in the United States, nor is there any record of any of the three having lawfully entered the United States.

7. All occupants were placed under arrest and transported to the Massena Border Patrol Station for further interviews and processing.

### Conclusion

8. Based on the foregoing, I respectfully request the Court issue the proposed complaint charging Gurbir BUTTAR, Manveer LNU, and Amandeep SINGH with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Agent Clinton Joseph
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1
of the Federal Rules of Criminal Procedure.

Date:    April 17, 2026

Hon. Miroslav Lovric
United States Magistrate Judge